IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRY LEE WARD**                                                             **PLAINTIFF**
**ADC # 136026**

v.                  **CASE NO.: 5:15CV00102 DPM/BD**

**WENDY KELLEY, et al.**                                       **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge D.P. Marshall Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion:**

Plaintiff Terry Lee Ward, an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983. (Docket entry #2) Mr. Ward has filed a motion to voluntarily dismiss this case and a brief in support. (#5 & #6)

**III.     Conclusion:**

The Court recommends that Mr. Ward's motion to voluntarily dismiss this lawsuit (#5) be GRANTED, and that this lawsuit be DISMISSED, without prejudice.

DATED this 15th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE