IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY LEE WARD
ADC #136026                                                              PLAINTIFF

v.                          No. 5:15-cv-102-DPM-BD

WENDY KELLEY, Director, ADC;
GAYLON LAY, Warden, East Arkansas
Regional Unit; J. WADE, Sergeant, Cummins
Unit; BRADLEY, Nurse, Correctional Medical
Services; CORRECT CARE SOLUTIONS;
L. LARKINS, CO, Cummins Unit; BOBBY
JONES, CO, Cummins Unit; WARNNER, Mark
or Mike, Deputy Warden, Cummins Unit;
and DOES, John and Jane, Unknown Capacity                    DEFENDANTS

ORDER

Unopposed recommendation, № 7, adopted. Motion to dismiss, № 5, granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 May 2015