IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY LEE WARD
ADC #136026                                                                                      PLAINTIFF

v.                          No. 5:15-cv-102-DPM

WENDY KELLEY, Director, ADC;
GAYLON LAY, Warden, East Arkansas
Regional Unit; J. WADE, Sergeant, Cummins
Unit; BRADLEY, Nurse, Correctional Medical
Services; CORRECT CARE SOLUTIONS;
L. LARKINS, CO, Cummins Unit; BOBBY
JONES, CO, Cummins Unit; WARNNER, Mark
or Mike, Deputy Warden, Cummins Unit;
and DOES, John and Jane, Unknown Capacity               DEFENDANTS

ORDER

1. Motion, № 12, granted in part and denied in part. Ward's motion to strike is denied. His motion for copies, № 12 at 2, is granted. The Court directs the Clerk to send Ward a copy of each document filed in this case and a copy of the docket sheet.

2. This case is closed. Ward, therefore, shouldn't file any more papers in this case. If he believes he's being denied necessary legal materials, he may file a new § 1983 case about that issue. The Court directs the Clerk to send Ward a § 1983 complaint form.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2016